CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-308 (RJL) |
| | ) | |
| | ) | |
| | ) | |
| JOVAUN A. POSTELL | ) | Category  B |
| | ) | |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>December 6, 2007</u> from <u>Judge Ellen S. Huvelle</u> to <u>Judge Richard J. Leon</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Huvelle</u> & Courtroom Deputy
   <u>Judge Leon</u> & Courtroom Deputy
   Liaison, Calendar and Case Management Committee
   Criminal Case Processing Clerk ✓
   U.S. Attorney—Judiciary Square Building, Room 5133
   Statistical Clerk