**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| | :   **Criminal No.: 1:07-cr-00308 (RJL)** |
| | : |
| | : |
| **JOUVAN POSTELL** | : |

## MOTION TO ENTER APPEARANCE

Please enter Jon W. Norris as retained counsel of record in the above captioned matter. Counsel is in good standing with the District of Columbia Bar.

Respectfully Submitted,

Jon W. Norris (Bar # 426105)
**LAW OFFICES OF JON W. NORRIS**
The Webster Bldg
503 D Street, N.W.
Suite 250
Washington D.C., 20001
(202) 842-2695