UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | 07-CR-308 (RJL) |
| **JOVAUN POSTELL** | : | |
| | : | |

**MOTION TO CONTINUE REVOCATION PROCEEDINGS**

Mr. Postell, through counsel, respectfully moves this Court to reschedule the revocation proceedings in the above-captioned case.

As grounds for this motion, counsel would state the following:

1. Mr. Postell is scheduled for revocation proceedings on April 4, 2008 at 10:30 a.m.

2. Counsel has a complicated sentencing scheduled on April 4, 2008 at 9:00 a.m. in United States v. Yolanda Crawley, in United States District Court in Baltimore, Maryland.

3. Counsel has spoken to Opher Shweiki, Assistant United States Attorney, who has no objection to this continuance.

5. Counsel is asking the Court to continue Mr. Postell's revocation proceedings to April 10, 2008 that date is available to counsel for the government, Mr. Postell and counsel.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, counsel would respectfully request that this motion be granted.

Respectfully submitted,

_____/s/_____
JON W. NORRIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| vi. | : | |
| | : | 07-CR-308 (RJL) |
| **JOVAUN POSTELL** | : | |
| | : | |

**ORDER**

UPON CONSIDERATION of the defendant's **MOTION TO CONTINUE REVOCATION PROCEEDINGS** and for good cause shown, it is hereby

ORDERED this _____ day of _____, 2008 that defendant's motion is GRANTED; it is further

ORDERED that the revocation proceedings are now scheduled for this 10th day of April 2008 at _____ a.m./p.m.

_____
THE HONORABLE RICHARD J. LEON
JUDGE, U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cc:   Jon W. Norris, Esq.
      503 D Street, NW
      Suite 250
      Washington, DC 20001

      Opher Shweiki, Esq.
      Assistant United States Attorney
      555 4th Street, NW
      Washington, DC 20530