**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | : | |
| | : | |
| v. | : | 07-CR-308 (RJL) |
| | : | |
| **JOVAUN POSTELL** | : | |

## MOTION TO CONTINUE STATUS HEARING

Mr. Postell, through counsel, respectfully moves this Court to reschedule the status hearing in the above-captioned case.

As grounds for this motion, counsel would state the following:

1. Mr. Postell is scheduled for a status hearing on June 24, 2008 at 1:30 p.m.

2. At the time that this matter was set undersigned counsel did not realize that there was a conflict with an out of town engagement. Undersigned counsel is scheduled to attend events related to his 30th High School reunion on June 27th and 28$^{th,}$ 2008. These events are occurring in Collier County, Florida. Counsel will be out of town from June 24, 2008 to June 30, 2008 and will be back in the office on July 1, 2008.

3. Counsel has spoken to Assistant United States Attorney, Opher Shweiki, who does not oppose this motion.

4. Mr. Postell waives any speedy trial rights during the interim of this continuance.

**WHEREFORE**, for these reasons and nay other reasons deemed meritorious by this Court, counsel would respectfully request that this motion be granted.

Respectfully submitted,


___/s/_____
JON NORRIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA** | : | |
| | : | |
| v. | : | 07-CR-308 (RJL) |
| | : | |
| **JOVAUN POSTELL**_____ | : | |

**ORDER**

This matter having come before the Court on Mr. Postell's Motion to Continue Status Hearing and after conducting a review of the Motion, it is, this _____ day of June 2008, hereby **ORDERED** that Mr. Postell's Motion is **GRANTED** and Defendant status hearing is continued to this _____ day of _____ 2008 at _____ a.m./p.m.

_____
Honorable Judge Richard J. Leon

Cc:

Jon W. Norris, Esq.
503 D Street, NW
Suite 250
Washington, DC 20001

Opher Shweiki, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530