**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Criminal. No.: 2007-CR-308** |
| V : | **Status: September 12, 2008** |
| : | **Judge Richard J. Leon** |
| **JOVAUN POSTELL** : | |

**UNOPPOSSED MOTION FOR RELEASE**

The defendant, through undersigned counsel requests that this Honorable Court release the defendant from custody and place him back on pre-trial release under the Pretrial Services Agency's High Intensity Supervision Program (HISP).  As support for this Motion, counsel states the following:

1. The parties are hoping to resolve this case before it goes to trial and are currently making good progress towards that end.

2. Mr. Postell was initially released, placed in the heightened supervision program, and was in full compliance with his meetings and curfew.

3. Mr. Postell lapsed in his judgment and based on positive drug tests, this Court revoked his conditions of release.  At that time, Pretrial Services was recommending that Mr. Postell be placed in an outpatient drug treatment program and the government did not ask for a revocation of Mr. Postell's bond.

4. Mr. Postell has now been incarcerated for approximately four months.  During this time, the Court's words have had time to settle in and Mr. Postell has learned his lesson.  He understands the serious prohibition against drug use

and the consequences of drug use. He understands that this Court will not tolerate any further relapses.

5. Both the defense and government are jointly agreeable to Mr. Postell's release. Assistant United States Attorney Opher Shweiki has stated that the government does not oppose this motion.

6. Mr. David Cooper from Pretrial Services would be willing to supervise Mr. Postell.

7. Mr. Postell would live at the following address: 1502 Opus Ave. Capital Hghts, MD 20743. And Mr. Postell would work for: J& J Electrics in Manassass, VA.

8. Initially, the parties would request that a curfew be imposed from 10 pm to 6 am in order to accommodate his work schedule.

9. Additionally, Mr. Postell would also comply with weekly drug tests.

**WHEREFORE**, for all of the foregoing reasons, the defendant, through undersigned counsel, respectfully requests that this Honorable Court grant the foregoing Unopposed Motion For Release.

Respectfully submitted,

Law Offices of Jon W. Norris
Counsel for Jovaun Postell
503 D Street, NW
Suite 250
Washington, D.C. 20001

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this foregoing Motion was delivered via electronic case filing to Opher Shweiki, AUSA, Office of the United States Attorney at 555 Fourth St. NW, Washington D.C. 20001 on this 22nd day of August 2008.

                                                                                       _____
                                                                                       Jon W. Norris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Criminal. No.: 2007-CR-308 |
| V | : | Status: September 12, 2008 |
| | : | Judge Richard J. Leon |
| **JOVAUN POSTELL** | : | |

## ORDER

This matter having come before the Court on and after conducting a review of the Unopposed Motion For Release, it is, on this _____ day of August, 2008, hereby **ORDERED** that Mr. Postell's Motion is **GRANTED** and that he is released into the Heightened Supervision Program for supervision by Pre-Trial Services.

_____
The Honorable Richard J. Leon

Cc:

Law Offices of Jon W. Norris
Counsel for Jovaun Postell
503 D Street, NW
Suite 250
Washington, D.C. 20001

Opher Shweiki, AUSA
Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20001