**FILED**

AUG 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Criminal. No.: 2007-CR-308** |
| V | : | **Status: September 12, 2008** |
| | : | **Judge Richard J. Leon** |
| **JOVAUN POSTELL** | : | |

**ORDER**

This matter having come before the Court on and after conducting a review of the Unopposed Motion For Release, it is, on this _____25th_____ day of August, 2008, hereby **ORDERED** that Mr. Postell's Motion is **GRANTED** and that he is released into the Heightened Supervision Program for supervision by Pre-Trial Services.

_____
The Honorable Richard J. Leon

Cc:

Law Offices of Jon W. Norris
Counsel for Jovaun Postell
503 D Street, NW
Suite 250
Washington, D.C. 20001

Opher Shweiki, AUSA
Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20001